# SHER TREMONTE LLP

March 21, 2022

**BY ECF**

The Honorable Paul A. Engelmayer
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:** *United States v. Xavier Honrado*, 21-CR-716 (PAE)

Dear Judge Engelmayer:

    We represent Xavier Honrado. We write to respectfully request that Mr. Honrado's conditions of release be modified to include mental health evaluation and treatment as directed by Pretrial Services. Mr. Honrado has been compliant with his supervision conditions since his release on November 5, 2021.

    Pretrial Services and the Government have no objection to this request.

    We appreciate the Court's consideration.

                                Respectfully submitted,

                                  /s/
                                Justine Harris
                                Wesley Erdelack

Cc:    Michael Herman and Kaylan Lasky, Assistant United States Attorneys
         Josh Rothman and Izlia Sanchez, United States Pretrial Services Officers

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 26.

                                                   3/22/2022
                        SO ORDERED.

                                  _____
                                  PAUL A. ENGELMAYER
                                  United States District Judge