**SHER TREMONTE** LLP

July 19, 2022

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Xavier Honrado*, 21-CR-716 (PAE)

Dear Judge Engelmayer:

  We represent Xavier Honrado in the above-referenced matter. We write with the consent of the government to respectfully request that the Court adjourn Monday's conference until August 4 at noon. We are engaged in plea negotiations, and this adjournment will allow the parties to complete that process. On behalf of Mr. Honrado, we consent to the exclusion of time under the Speedy Trial Act.

  We appreciate the Court's consideration.

            Respectfully submitted,

            */s/ Justine A. Harris*

            Justine A. Harris

cc: All Counsel (via ECF)

**GRANTED.** The conference is adjourned to August 4, 2022 at 12:00 p.m. For the reasons stated within, time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until August 4, 2022. The Clerk of Court is requested to terminate the motion at Dkt. No. 39.

7/20/2022

         SO ORDERED.

            _____
            PAUL A. ENGELMAYER
            United States District Judge