```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA
                                       :   21-CR-716-02
     -against-                         :   ORDER
                                       :
Xavier Honrado
                                       :
         Defendant
                                       :
---------------------------------------X
```

Paul A. Engelmayer, United States District Judge:

As discussed on the record at the change of plea hearing, it is ORDERED that the defendant's conditions of release be modified to include that he refrain from excessive use of alcohol and submit to alcohol testing at the direction of Pretrial Services.

Dated: New York, New York
       August  18, 2022

                                        SO ORDERED

                                        _____
                                        Paul A. Engelmayer
                                        United States District Judge