**SHER TREMONTE** LLP

November 21, 2022

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Xavier Honrado*, 21-CR-716 (PAE)

Dear Judge Engelmayer:

    We represent Xavier Honrado in the above-referenced matter. Due to unforeseen delays in the receipt of mitigation materials, we write to respectfully request that the Court adjourn the deadline for Mr. Honrado to submit his sentencing submission by one day, until November 22, 2022. The government consents and respectfully requests a one-day adjournment of the deadline for it to submit its sentencing submission, until November 29, 2022. Neither party is requesting an adjournment of the sentencing date.

    We apologize for any inconvenience and appreciate the Court's consideration.

                             Respectfully submitted,

                             */s/ Justine A. Harris*

                             Justine A. Harris
                             Wesley Erdelack

cc:    All Counsel (via ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 61.

11/21/2022
SO ORDERED.

*[signature]*

PAUL A. ENGELMAYER
United States District Judge

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156