UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                               :

UNITED STATES OF AMERICA

                               :         21-CR-716-02 (PAE)

    -v. -                    :         ORDER
                               :

  Xavier Honrado

                               :

  Defendant

                               :
------------------------------------X

Paul A. Engelmayer, United States District Judge:

    Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail is revoked and he is to surrender immediately to the United States Marshals Service at 500 Pearl Street, New York, NY.

    Dated: New York, New York
          January 30, 2023

                        SO ORDERED:

                        _____
                        Paul A. Engelmayer
                        United States District Judge