UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

Xavier Honrado,

                Defendant.

Case No. 21-CR-716-02 (PAE)

**ORDER EXONERATING BOND**

---

WHEREAS, on November 5, 2021, this Court ordered the release of Mr. Honrado on a $100,000 bond, to be co-signed by financially responsible persons, and ordered Mr. Honrado to surrender his passport.

WHEREAS, on December 6, 2022, this Court sentenced Mr. Honrado to 15 months of imprisonment and three years of supervised release.

IT IS HEREBY ORDERED, upon the application of counsel for Mr. Honrado, that Mr. Honrado's bond in this matter is hereby exonerated and released, and all suretors on Mr. Honrado's bond are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, that U.S. Pretrial Services or any other agency that has custody of Mr. Honrado's passport return it to Mr. Honrado's counsel in this matter.

Dated: New York, New York

April 6, 2023

SO ORDERED

*Paul A. Engelmayer*
The Honorable Paul A. Engelmayer
District Judge, United States District Court
Southern District of New York

The Clerk of Court is requested to terminate the motion at Dkt. No. 73.