UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

XAVIER HONRADO,

Defendant.

21-CR-716-02 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today accepted the defendant's guilty plea to Specification 6 of the amended violation report dated March 13, 2026, having previously accepted the defendant's guilty plea to Specifications 4, 5, and 11. The Court schedules sentencing for **December 8, 2026** at **12:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The defense shall file its sentencing letter by **November 24, 2026**. The Government shall file its letter, which should also set out the views of the Probation Office, by **December 1, 2026**.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 24, 2026
New York, New York